# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

AMERICAN ALLIANCE FOR EQUAL RIGHTS,

Plaintiff,

v.

MCDONALD'S CORPORATION;
MCDONALD'S USA, LLC; and
INTERNATIONAL SCHOLARSHIP & TUITION
SERVICES, INC.,

Defendants.

No. 3:25-cv-50

# [PROPOSED] ORDER GRANTING EMERGENCY MOTION
# FOR A TEMPORARY RESTRAINING ORDER
# AND A PRELIMINARY INJUNCTION

Before the Court is Plaintiffs' emergency motion for a temporary restraining order and a preliminary injunction. Having considered the parties' briefs, evidence, and the relevant caselaw, the Court is satisfied that Plaintiff meets all the requirements for interim relief. Defendants are hereby **ENJOINED**, until further order of this Court, from closing the application window or picking winners for the McDonald's HACER program.

January _____, 2025

_____
United States District Judge