# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

AMERICAN ALLIANCE FOR EQUAL RIGHTS,
           Plaintiff,

 v.

MCDONALD'S CORPORATION;
MCDONALD'S USA, LLC; and
INTERNATIONAL SCHOLARSHIP & TUITION
SERVICES, INC.,
           Defendants.

No. 3:25-cv-50

## STIPULATION OF DISMISSAL

Per Rule 41(a)(1)(A)(ii), the parties stipulate to the following:

  1.  McDonald's created, and ISTS administers, the HACER scholarship program. *See Write the Next Chapter of Your Story with the McDonald's HACER National Scholarship*, perma.cc/G3QX-HUW6; *Scholarship Management Services*, perma.cc/5X6J-8YDM.

  2.  Plaintiff, the American Alliance for Equal Rights, filed this suit on January 12, 2025, alleging that HACER violates 42 U.S.C. §1981.

  3.  When the Alliance sued, HACER's "Eligibility & Requirements" page stated that applicants must "have at least one parent of Hispanic/Latino heritage." *Eligibility & Requirements*, perma.cc/429P-45CW. The HACER application reiterated that applicants "must be from a family that came from" one of 22 Hispanic/Latino countries. Doc.6-3 at 5. The application required applicants to answer, "Are you of Hispanic/Latino heritage". Doc.6-3 at 5. The application also made applicants reveal, as a "required (*)" field, their "Country of Family Origin," explaining that "applicants must

be from a family that came from at least one of the countries in the drop down." Doc.6-3 at 13.

    4.    Defendants will revise the HACER scholarship program as follows:

        a) The application deadline for the current round of the program will be extended until at least March 6, 2025.

        b) The program will not have any eligibility requirement or preference based on applicants' race or ethnicity.

    5.    This case is hereby dismissed with prejudice. Both sides will pay their own fees and costs.

Respectfully submitted,

/s/ Cameron T. Norris

Thomas R. McCarthy*
  (VA Bar No. 47154)
Cameron T. Norris
  (TN Bar No. 33467)
R. Gabriel Anderson*
  (TX Bar No. 24129302)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22201
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com

*pro hac vice* application forthcoming

Adam K. Mortara
  (TN Bar No. 40089)
LAWFAIR LLC
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*Counsel for Plaintiff*

Dated: January 31, 2025

/s/ Kathryn Skagerberg

Kathryn Skagerberg (BPN 040096)
Nelson Mullins Riley & Scarborough LLP
1222 Demonbreun, Suite 1700
Nashville, Tennessee 37203
P: (615) 664-5351
F: (615) 664-5399
Kate.Skagerberg@nelsonmullins.com

Gregg Costa*
Gibson, Dunn & Crutcher LLP
811 Main Street, Suite 3000
Houston, TX 77002
346-718-6649
gcosta@gibsondunn.com

Mylan Denerstein*
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
212-351-3850
mdenerstein@gibsondunn.com

Zakiyyah Salim-Williams*
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W.
Washington, D.C. 20036
202-955-8503
zswilliams@gibsondunn.com

*pro hac vice* application forthcoming

*Counsel for Defendants McDonald's Corporation and McDonald's USA, LLC*

/s/ *J. Hunter Robinson*

J. Craig Oliver (BPR# 16838)
J. Hunter Robinson (BPR# 37425)
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
P: (615) 252-2310
F: (615) 252-6310
coliver@bradley.com
hrobinson@bradley.com

*Attorneys for International Scholarship & Tuition Services, Inc.*