IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, | ) ) ) | |
| Plaintiff, | ) ) | NO. 3:25-cv-00050 |
| v. | ) ) | JUDGE CAMPBELL |
| MCDONALD'S CORPORATION, ET AL., | ) ) ) ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Stipulation of Dismissal (Doc No. 21) under Federal Rule of Civil Procedure 41. Accordingly, pursuant to the stipulation of the parties, this action is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE